Carl Shell
Plaintiff

v.

U.S. Dept. of HUD ET AL
defendants

U.S. District Court
Southern District
of Florida

08-60589
CIV-COHN

MAGISTRATE
SELTZER

## Complaint

1.) Plaintiff file suit against U.S. Dept of HUD in accordance to 24 CFR 17.1 for loss of property caused by HUD Miami Field office for the negligent investigation and/or failure to conduct an investigation pursuant to my request and/or finding no fault in the Hollywood Housing Authority termination of my Housing Assistance under its Housing Choice Voucher program

2.) Attached as exhibit 1 is letter from Hollywood Housing Authority terminating my Section 8 Assistance

3.) HUD Miami field office is alleged to have failed to conduct an investigation regarding Hollywood Housing Authority termination of my Section 8 Assistance

4.) Attached as exhibit 2 is letter by HUD stating a Response against complaint made under 24 CFR 17.1

5.) Under 24 CFR 17.1 once HUD makes such response plaintiff have rights to sue, and take response as denial of resolution of the administrative action level process.

6.) Suit is Also filed under 42 USCA Section 1983 And negligence

7.) Miami Field office Failed to conduct any investigation and/or find Hollywood Housing Authority in error of terminating my Section 8 Assistance

8.) Miami Field office Failed to find Hollywood Housing Authority Failed to give me opportunity for hearing before stopping Hud Payment As 24 CFR 982.555 Requires

9.) miami field office Failed to find Landlord 1st notice of Lease termination was a nullity Based on 2nd notice to pay or vacate

10.) Hud miami Field office had obligation under Hud Law to properly investigate complaints against Housing Authority, and failed to do so.

11.) plaintiff Request Jury Trial

12.) plaintiff Request one-million dollars in damage

13.) plaintiff Request Reinstatement of his Section 8 Benefits

Certificate of Service

plaintiff certify copy of this complaint has been furnished by mail on April 16, 2008 To: Hud miami field office Region IV miami Field office Brickell Plaza Federal Building 909 SE First Avenue Room 500 miami Fl. 33131-3028 and U.S. Hud washington D.C. 20410-5000

Carl Snell
2037 madison st
#2
Hollywood, Fl. 33020

EXHIBIT 1

# HOLLYWOOD HOUSING AUTHORITY
7350 N. Davie Road Extension
Hollywood, FL 33024

954-989-4691
954-961-8010 fax

September 23, 2004

To:
Carl Shell
2037 Madison Street
Unit # 2
Hollywood, FL 33020

## NOTICE OF SECTION 8 VOUCHER TERMINATION

Dear Mr. Shell,

Please be advised that your Section 8 Assistance voucher will terminate effective September 30, 2004, due to a violation of CFR 982.552(b) which requires mandatory termination of assistance if you they have been evicted from housing assisted under the Section 8 program for serious violations of the lease.

This termination is based upon your eviction from your former residence at 5832 SW 27th Street, Apt. # 2, Hollywood, FL 33023. This eviction was based upon your refusal to vacate the premises after the landlord terminated the lease as well as other lease violations. You were evicted pursuant to a Writ of Possession served by the Broward County Sheriff's Office on August 19, 2004.

If you disagree with this decision you may request an informal hearing in writing, to the attention of Tim Schwartz, Hollywood Housing Authority, 7350 N. Davie Road Extension, Hollywood, FL 33024 within seven (7) days of the date of this correspondence or you will forfeit the right to an informal hearing and this decision will become final. This written request must be hand delivered or sent certified mail within the above time frame.

You (or any person with written authorization from you) have the right to inspect relevant contents of your Authority file. Your request to review your file must allow for reasonable notice to the Housing Authority (24 hours).

Sincerely,

Tim Schwartz
Project Manager

Hollywood Housing Authority
7350 Davie Rd Ext
Hollywood, FL 33024
Received: [signature]
Date: 9/23/04

HOLLYWOOD HOUSING AUTHORITY
7350 N. DAVIE RD, EXT.
HOLLYWOOD, FL 33024

EXHIBIT 2



**U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**
WASHINGTON, DC 20410-5000

OFFICE OF PUBLIC AND INDIAN HOUSING

DEC - 6 2006

Mr. Carl Shell
2037 Madison Street, #2
Hollywood, FL 33021

Dear Mr. Shell:

Thank you for your recent letter to the Department of Housing and Urban Development (HUD) regarding the Hollywood Housing Authority (HHA) and HUD's Region IV Miami Field Office. In your letter, you state that you have filed a claim under 24 CFR 17.1 for loss of property caused by HUD's Miami Field Office for the negligent investigation and/or failure to conduct an investigation pursuant to your request and/or finding no fault in the HHA's termination of your housing assistance under its Housing Choice Voucher program. In addition, you requested either one million dollars or the reinstatement of your housing assistance.

To obtain further information regarding your concerns, a staff member with HUD's Housing Voucher Management and Operations Division (HVMOD) contacted Tim Schwartz, Executive Director of the HHA, and Eileen Casey of HUD's Miami Field Office. HVMOD staff was informed that you and the HHA are currently involved in court litigation regarding the issues mentioned above, and therefore, HUD cannot comment on this matter.

Thank you for your interest in the Department's programs. If I can be of further assistance, please let me know.

Sincerely,

A.A. Sacco
for
Milan Ozdinec
Deputy Assistant Secretary
  for Public Housing and Voucher Programs

JS 44 (Rev. 11/05)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

**I. (a) PLAINTIFFS**: Carl Shell

**DEFENDANTS**: United States Housing And Urban Development Miami Field Office

**(b) County of Residence of First Listed Plaintiff**: Broward
(EXCEPT IN U.S. PLAINTIFF CASES)

**County of Residence of First Listed Defendant**: Miami-Dade
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

**(c) Attorney's (Firm Name, Address, and Telephone Number)**: pro se

**Attorneys (If Known)**: Broward 0:08cv 60589 JIC/RSS

**(d) Check County Where Action Arose:** ☒ MIAMI-DADE ☐ MONROE ☒ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE HIGHLANDS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☒ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☒ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. RELATED/RE-FILED CASE(S).
(See instructions second page):
a) Re-filed Case ☐ YES ☒ NO    b) Related Cases ☐ YES ☒ NO
JUDGE                            DOCKET NUMBER

## VII. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):
Negligence, loss of property, depression, § 1983 actions

LENGTH OF TRIAL via _____ days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 1,000,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD: Carl Shell

DATE: April 22, 08

FOR OFFICE USE ONLY
AMOUNT _____ RECEIPT # _____ IFP _____