UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60589-CIV-DIMITROULEAS

CARL SHELL,

                                                                   Magistrate Judge Rosenbaum

    Plaintiff,

vs.

UNITED STATES DEPARTMENT OF HOUSING
AND URBAN DEVELOPMENT,

    Defendant.
_____/

## ORDER DENYING MOTION TO VACATE TRANSFER ORDER

THIS CAUSE is before the Court upon Plaintiff's Motion to Vacate the Transfer Order, filed herein on June 4, 2008. [DE-12].  The Court has carefully considered the Motion and is otherwise fully advised in the premises.

The Court has explained the reasons behind the transfer of the above-styled action to the undersigned in an Order dated June 6, 2008. [DE-13].  Accordingly, Plaintiff's Motion to Vacate the Transfer Order [DE-12] is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 9th day of June, 2008

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Carl Shell, pro se
2037 Madison Street
Hollywood, FL 33023.