UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60589-CIV-DIMITROULEAS

CARL SHELL,

Magistrate Judge Rosenbaum

PLAINTIFF

vs.

UNITED STATES DEPARTMENT OF HOUSING
AND URBAN DEVELOPMENT,

DEFENDANT.
_____/

### ORDER DENYING SECOND MOTION FOR PROCESS SERVER

THIS CAUSE is before the Court upon Plaintiff's Second Motion for Court to have Process Server Serve Defendant, filed herein on July 7, 2008. [DE-28]. The Court has carefully considered the Motion and is otherwise fully advised in the premises.

In the instant Motion, Plaintiff requests the Court again to appoint a process server. However, the Court has already previously addressed this request. In this Court's Order of June 16, 2008 [DE-20], the Court explained that a process server need not be appointed. The Court will again repeat what was explained in that Order and further directs Plaintiff to Federal Rule of Civil Procedure 4(i). Plaintiff has brought his Complaint against the United States Department of Housing and Urban Development ("HUD"), a United States agency. Rule 4(i)(2) of the Federal Rules of Civil Procedure indicates that to serve a United States agency, "a party must [1] serve the United States and [2] also send a copy of the summons and of the complaint by registered or certified mail to the agency," (in this case HUD and/or the Miami Field Office). Therefore, to comply with the first requirement, Rule 4(i)(1) indicates that to serve the United

States, a party must [1] deliver a copy of the summons and complaint to the United States

attorney for the district where the action is brought (here, the Southern District of Florida)[1] or

send a copy of the summons and complaint by registered or certified mail to the civil-process

clerk at the United States Attorney's office.  The party must [2] also send a copy of each by

registered or certified mail to the Attorney General of the United States at Washington, D.C.

Fed. R. Civ. P. 4(i)(1)(B).  Therefore, a process server is not needed in this case as Plaintiff can

follow the procedures laid out in Federal Rule of Civil Procedure 4(I).

      **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this

8th day of June, 2008

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Carl Shell, pro se

2037 Madison Street Apt. #2

Hollywood, FL 33023

---

[1]"[O]r to an assistant United States attorney or clerical employee whom the United States attorney designates in a writing filed with the court clerk."  Fed. R. Civ. P. 4(i)(1)(A)(i).